___ FILED          ___ LODGED
___ RECEIVED       ___ COPY

MAY 1 5 2000

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8    UNITED STATES OF AMERICA,          )
                                        )
9                        Plaintiff,     )
                                        )   CR 00-448-PHX-RGS
10                  v.                   )
                                        )   FINDINGS AND RECOMMENDATION
11   DONALD ANDREW REITSAM,             )   OF THE MAGISTRATE JUDGE
                                        )   UPON A PLEA OF GUILTY
12   _____Defendant.___)

13   TO THE HONORABLE ROGER G. STRAND, UNITED STATES DISTRICT JUDGE.

14          Upon Defendant's request to enter a plea of guilty pursuant

15   to Rule 11 of the Federal Rules of Criminal Procedure, this matter

16   came on for hearing before U.S. Magistrate Judge Virginia A.

17   Mathis on May 9, 2000 with the written consents of the defendant,

18   counsel for the defendant, and counsel for the United States of

19   America.

20          The Magistrate Judge accepted defendant's waiver of

21   indictment after inquiry was made of the defendant as to his

22   understanding of the right to prosecution by indictment.

23   Defendant's written waiver constitutes a part of the plea

24   agreement that has previously been lodged with the Court.

25   Thereafter, the matter came on for a hearing on defendant's plea

26   of guilty in full compliance with Rule 11, Federal Rules of

27   Criminal Procedure, before the Magistrate Judge in open court and

28   on the record.

1    In consideration of that hearing and the statements made by

2    the defendant under oath on the record and in the presence of

3    counsel, and the remarks of the Assistant United States Attorney

4    and of counsel for defendant,

5        I FIND as follows:

6        (1) that defendant understands the nature of the charge

7    against him to which the plea is offered;

8        (2) that defendant understands his right to trial by jury, to

9    persist in his plea of not guilty, to the assistance of counsel at

10   trial, to confront and cross-examine adverse witnesses, and his

11   right against compelled self-incrimination;

12       (3) that defendant understands what the maximum possible

13   sentence is, including the effect of the supervised release term,

14   and defendant understands that the sentencing guidelines apply and

15   that the Court may depart from those guidelines under some

16   circumstances;

17       (4) that the plea of guilty by the defendant has been

18   knowingly and voluntarily made and is not the result of force or

19   threats or of promises apart from the plea agreement between the

20   parties;

21       (5) that defendant is competent to plead guilty;

22       (6) that the defendant understands that his answers may later

23   be used against him in a prosecution for perjury or false

24   statement;

25       (7) that there is a factual basis for the defendant's plea;

26   and further,

27

28                                      2

1          I RECOMMEND that the Court accept the plea agreement and the

2  defendant's plea of guilty.

3          DATED this 9th day of May, 2000.

4

5                            _____

6                          VIRGINIA A. MATHIS
                              United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28